# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KRISTINA GIBEAU,

          Plaintiff,

v.

MASON COMPANIES, INC.,

          Defendant.

Case No. 20-CV-822-JPS

**ORDER**

On June 2, 2020, Plaintiff filed a complaint in the above-captioned matter. (Docket #1). On October 19, 2020, the parties filed a stipulation of dismissal of this action with prejudice and without costs. (Docket #17). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

At this juncture, the Court also will deny, as moot, the following: Plaintiff's motion for class certification, motion to stay class certification, and motion for relief from the local rules setting an automatic briefing schedule, (Docket #3); and Defendant's motion to compel arbitration, (Docket #11).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #17) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that Plaintiff's motion for class certification, to stay the class certification, and for relief from the local rules setting an automatic briefing schedule (Docket #3) be and the same is hereby **DENIED as moot**;

**IT IS FURTHER ORDERED** that Defendant's motion to compel arbitration (Docket #11) be and the same is hereby **DENIED as moot**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs.

Dated at Milwaukee, Wisconsin, this 22nd day of October, 2020.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge